MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:   (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-0640 EMC |
| | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | DOCUMENTING EXCLUSION OF TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| JONTAE ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties, Assistant United States Attorney Damali Taylor on behalf of the United States and Paul Demeester, Esquire, on behalf of the defendant, JONTAE ALLEN, hereby request that the status conference date, presently set for February 12, 2014, be continued until March 5, 4014 so that the defense may continue to review discovery and so that the parties can discuss resolution of the case pre-trial.   The parties further requested that, given the need to gather and examine discovery, time continue to be excluded under the Speedy Trial Act until March 5, 2014.   Defense counsel believes that it is in the best interests of the defendant to do so. The government agrees. To date, no time has elapsed under the Speedy Trial Act.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.   18 U.S.C. §

3161(h)(7)(A).

SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: February 10, 2014            _____/s/_____
                                                DAMALI A. TAYLOR
                                                Assistant United States Attorney

DATED: February 10, 2014            _____/s/_____
                                                PAUL DEMEESTER
                                                Counsel for the Defendant

[PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the status conference date in this matter is re-set to March 5, 2014, at 2:30 p.m.   The Court finds that the extension is proper under Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.   The Court also concludes that an exclusion of time through and including March 5, 2014, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).   The Court also finds that the ends of justice served by an exclusion of time through and including March 5, 2014 outweigh the best interest of the public and the defendant in a speedy trial.   Id. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: _____   3/12/14

EDWAR
UNITED

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3