UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JONTAE ALLEN,<br>　　　　Defendant. | Case No. 13-cr-00640-EMC-1<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 38 |

Defendant Jontae Allen has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Docket No. 38.

Pursuant to the Federal Rules Governing Section 2255 Proceedings, the Court has conducted a preliminary review of the motion.  *See* Fed. R. Governing § 2255 Proceedings 4 (providing that "[t]he judge who receives the motion must promptly examine it").  Based on this review, the Court cannot say that it "plainly appears from the motion . . . that the moving party is not entitled to relief."  *Id.*  Accordingly, the Court hereby orders the United States to respond to the motion per the schedule below.  *See id.* (providing that, "[i]f the motion is not dismissed, the judgment must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order").

　　1.　　The Clerk of the Court shall serve a courtesy copy of this order on the United States.

　　2.　　The United States shall file a response to Mr. Allen's motion within sixty (60) days of the date of this order.

　　3.　　If the United States files an answer, it must conform to Rule 5 of the Federal Rules Governing § 2255 Proceedings.  If the United States files an answer, Mr. Allen may submit a reply

within ninety (90) days of the date of this order.

4. If the United States responds with, *e.g.*, a motion to dismiss or any other motion for relief, the parties shall meet and confer to discuss a mutually agreeable briefing schedule.

**IT IS SO ORDERED**.

Dated: April 25, 2016

_____
EDWARD M. CHEN
United States District Judge